NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARTIN GARDNER REIFFIN,**
*Plaintiff-Appellant,*

v.

**MICROSOFT CORPORATION, WILLIAM H. GATES, III, AND STEVEN A. BALLMER,**
*Defendants-Appellees.*

---

2012-1357

---

Appeal from the United States District Court for the Northern District of California in case no.11-CV-3505, Judge Charles R. Breyer.

---

**ON MOTION**

---

**O R D E R**

Martin Reiffin moves without opposition for leave to file a corrected reply brief.

Upon consideration thereof,

MARTIN REIFFIN V. MICROSOFT CORPORATION                    2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27